# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS TONY CLARK, | Case No. CV 10-7698 CAS (JCG) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MIKE MCDONALD, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: October 13, 2011

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE